IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:19-CV-00005-D

PROGRESS SOLAR SOLUTIONS, LLC )
and DANIEL L. ROBERTSON, )
                                     )
            Plaintiffs, )
                                     )     **ORDER GRANTING MOTION TO**
v.                                    )     **DISPENSE WITH MEDIATION**
                                     )
MICHAEL D. LONG; SOLAR MOD )
SYSTEMS, INC.; and MIKEL BILLS, )
                                     )
            Defendants. )

This matter is before the Court on Plaintiffs' Motion to Dispense with Mediation (the "Motion") to which relief Defendant Bills has consented while Defendant Long has not opposed the Motion. For good cause shown, the Motion is GRANTED. IT IS THEREFORE ORDERED that the requirement for the Parties to mediate this case pursuant to the Court's prior order and the Court's Local Civil Rules is dispensed with and no mediation need be held in this action.

SO ORDERED, this 2 day of July, 2020.

                                                               James C. Dever III
                                                               United States District Judge