IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CV-5-D

PROGRESS SOLAR SOLUTIONS, LLC, )
and DANIEL L. ROBERTSON, )
                                                  )
            Plaintiffs, )
                                                  )
      v. )                   **DEFAULT JUDGMENT**
                                                  )
MICHAEL D. LONG, SOLAR MOD )
SYSTEMS, INC., and MIKEL BILLS, )
                                                  )
            Defendants. )

This cause is before the Court for entry of default judgment against Defendant Solar Mod Systems, Inc., ("SMS"), pursuant to Fed. R. Civ. P. 37 and 55. [D.E. 55]. On December 29, 2020, the Court granted Plaintiffs' motions: (1) for sanctions against SMS, (2) to strike SMS's answer, and (3) for entry of default against SMS for SMS's repeated failures to comply with this Court's orders. [D.E. 64]. SMS's answer having been stricken and default against SMS having been entered, the Court now enters Judgment against SMS on liability on all Plaintiffs' claims for relief asserted in Plaintiffs' Complaint. [D.E. 1].

It is, therefore, ORDERED, ADJUDGED and DECREED that:

1. Plaintiffs shall have and recover compensatory damages against SMS in an amount to be determined on further proceedings by the Court;

2. Plaintiffs shall have and recover punitive damages against SMS in an amount to be determined on further proceedings by the Court;

3. SMS shall disgorge to Plaintiffs all profits SMS derived through its breaches of contract or its unauthorized use of Plaintiffs' trade secrets and proprietary information;

4.  Plaintiffs' reasonable attorneys fees incurred in prosecuting this action, in an amount to be determined on further proceedings by the Court, shall be taxed against SMS pursuant to N.C. Gen. Stat. § 66-154, 18 U.S.C. § 1836(b)(3), and Tex. Civ. Prac. & Rem. Code § 134A.005; and

5.  The costs of this action shall be taxed against SMS, in an amount to be determined on further proceedings by the Court.

SO ORDERED. This the 6 day of January, 2021.

J. Dever
JAMES C. DEVER III
United States District Judge