IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| PROGRESS SOLAR SOLUTIONS, LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 5:17-CV-152-D |
| v. | ) | |
| | ) | |
| FIRE PROTECTION, INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| PROGRESS SOLAR SOLUTIONS, LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 5:19-CV-5-D |
| | ) | |
| MICHAEL D. LONG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This matter comes before the Court on Plaintiffs' Motion to Consolidate Reply Deadlines and Briefing Regarding Defendants' Responses to Plaintiffs' Motion for Partial Summary Judgment. For good cause shown, the motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiffs shall file on or before March 29, 2021, a single consolidated brief of no greater than 15 pages in reply to all Defendants' responses filed thus far (D.E. 176, 178, 180 and D.E. 76, 78, 80). This Order does not address or alter the deadlines for filing any additional replies to which Plaintiffs may be entitled as a result of any subsequent filings Defendants may make.

SO ORDERED this 22 day of March, 2021.

/s/ J. Dever
JAMES C. DEVER III
United States District Judge